UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                      )<br>            Plaintiff,                           )<br>                                                      )<br> vs.                                                )<br>                                                      )<br>JOSEPH HAN,                                )<br>                                                      )<br>            Defendants.                      )<br>_____) | 2:07-CR-00205-PMP-RJJ<br><br>**<u>ORDER</u>** |

**IT IS ORDERED that** Defendant Joseph Han's Letter/Motions for Return of $196.00 (Doc.'s #47, #49) which are not opposed by the Government (Doc. #48), are **GRANTED**, and that counsel for Plaintiff United States' shall forthwith contact the Federal Bureau of Investigation to secure the return to Defendant Han the $196.00 held in its possession.

DATED:  January 18, 2011.

_____
PHILIP M. PRO
United States District Judge