RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
AMY B. CLEARY
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Amy_Cleary @fd.org

Attorney for Joseph Soo Han

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:07-cr-205-KJD-RJJ |
| Plaintiff, | **UNOPPOSED MOTION TO UNSEAL ADDENDUM TO PETITION, ECF # 77** |
| vs. | |
| JOSEPH SOO HAN, | |
| Defendant. | |

The parties, by and through the undersigned, respectfully request this the Court unseal the Addendum to the Petition in this case, ECF #77, which sets forth one of the supervised release violations that Defendant Joseph Soo Han admitted to committing in this case. The instant request is made so that Mr. Han may prepare his Excerpts of Record in his appeal to the Ninth Circuit Court of Appeals, Case Number, 17-10416.

DATED this 2nd day of March, 2018.

/ / /

/ / /

/ / /

Respectfully submitted,

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| By: *s/ Amy B. Cleary*<br>Amy B. Cleary<br>Assistant Federal Public Defender<br>Counsel for Joseph Han | By: *s/Elizabeth O. White*<br>Elizabeth O. White<br>Appellate Chief and<br>Assistant United States Attorney<br>Counsel for the United States |

IT IS SO ORDERED.

__3/14/2018_____                     _____
DATE                                                    UNITED STATES DISTRICT COURT JUDGE

2